GARRICK S. LEW (SBN 61889)
Law Offices of Garrick S. Lew
1000 Brannan Street, Suite 488
San Francisco, CA 94103-4888
Telephone: (415) 575-3588
Facsimile:   (415) 522-1506
gsl@defendergroup.com

Attorney for Defendant
Kulwinderjit Sandhu

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | CR 14-348 TEH |
| Plaintiff,            ) | STIPULATION TO CONTINUE SENTENCING AND |
| vs.                       ) | [PROPOSED] ORDER |
| KULWINDERJIT SANDHU,           ) | |
| Defendant.           ) | |

    The United States, through its counsel AUSA Laura Elizabeth Vartain Horn, and defendant Kulwinderjit Sandhu, through his counsel Garrick S. Lew, hereby stipulate and agree to continue the sentencing date presently scheduled for January 12, 2015 at 2:30 p.m. to Monday March 9, 2015 at 2:30 p.m.

    Good cause for the stipulated request for continuance exists on the grounds that counsel for defendant has family medical issues and will be unavailable.  Counsel's 92 year old mother was recently diagnosed with irreparable congestive heart failure and requires daily care and assistance. Counsel is occupied with assisting his parents with possible hospice care, interviewing and hiring home care providers and locating an available assisted care facility for his parents to possibly move to.

*United States v. Sandhu* CR 14-348 TEH
Stipulation and [Proposed] Order Continuing Sentencing    1

1  The parties have checked with USPO Jill Spitalieri who will be available on March 9, 2015,
2  for sentencing.

4  SO STIPULATED.

6  Dated:        November 25, 2014

   _____
   GARRICK S. LEW
   Attorney for Kulwinderjit Sandhu

                                          /s/
12 Dated:        November 25, 2014    _____
                                      Laura Elizabeth Vartain Horn
                                      Assistant United States Attorney

*U.S. v. Kulwinderjit Sandhu,* CR 14-348 TEH
Stipulation & Order for Continuance of Sentencing        2

[~~Proposed~~] **ORDER**

Based on the stipulation of the parties, good cause appearing,

IT IS HEREBY ORDERED that defendant Kulwinderjit Sandhu sentencing hearing scheduled for January 12, 2015 is vacated and sentencing is continued to 2:30 p.m. on March 9, 2015.

DATED: 12/01/2014



Judge Thelton E. Henderson

*U.S. v. Kulwinderjit Sandhu,* CR 14-348 TEH
Stipulation & Order for Continuance of Sentencing         3